SEAN K. KENNEDY (No. 145632)
Federal Public Defender
(Sean_Kennedy@fd.org)
MICHAEL SCHAFLER (No. 212164)
(Michael_Schafler@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone (213) 894-5186
Facsimile (213) 894-0081

Attorneys for Petitioner
LEE EDWARD PEYTON

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LEE EDWARD PEYTON, | CASE NO. CV 05-6928-FMC(AJW) |
| Petitioner, | |
| v. | [~~PROPOSED~~] JUDGMENT |
| DARRELL ADAMS, Warden, | |
| Respondent. | |

IT IS HEREBY ADJUDGED that Petitioner Lee Edward Peyton's Petition for Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2254, is GRANTED as to Ground Three of the Petition, which alleges ineffective assistance of counsel for his trial counsel's failure to timely file a notice of appeal and request for the issuance of a certificate of probable cause as instructed by Mr. Peyton within the statutory time period to file a direct appeal in the California Court of Appeal.

THEREFORE, IT IS HEREBY ORDERED that Respondent Darrell Adams, Warden, is to release Mr. Peyton from all custody attributable to his conviction in *People v. Lee Edward Peyton*, Ventura County Superior Court Case No. 2003015069, unless:

(1) Mr. Peyton is permitted to file a notice of appeal and a request for the issuance of a certificate of probable cause, pursuant to California Penal Code § 1237.5, in the Ventura County Superior Court and, within ninety (90) days of the filing thereof, the Ventura County Superior Court issues a ruling on the merits of Mr. Peyton's request for the issuance of a certificate of probable cause without rejecting Mr. Peyton's request for the issuance of a certificate of probable cause and notice of appeal as untimely; *or*

(2) Mr. Peyton fails to file in the Ventura County Superior Court a request for the issuance of a certificate of probable cause within sixty (60) days of the entry of this Judgment.

IT IS FURTHER ORDERED, that as to all other claims raised in Mr. Peyton's Petition for Habeas Corpus, which was filed on September 22, 2005, the Petition is denied *without prejudice*. Those remaining claims will be subject to reopening upon Mr. Peyton's filing of a Motion to Reopen Petition for Habeas Corpus within ninety (90) days of either of the following:

(1) The Ventura County Superior Court's denial of Mr. Peyton's request for the issuance of a certificate of probable cause; *or*

(2) The ultimate disposition of a direct appeal following the Ventura County Superior Court's grant of Mr. Peyton's request for issuance of a certificate of probable cause.

**IT IS SO ORDERED.**

Dated: *June 30*, 2008

HON. FLORENCE-MARIE COOPER
United States District Judge

Presented by:

/ s /
MICHAEL SCHAFLER
Deputy Federal Public Defender

3