FILED
CLERK, U.S. DISTRICT COURT

OCT - 5 2009

CENTRAL DISTRICT OF CALIFORNIA
BY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LEE EDWARD PEYTON, ) | |
| ) | |
| Petitioner, ) | No. CV 05-6928-FMC (AJW) |
| ) | |
| v. ) | |
| ) | ORDER ADOPTING REPORT AND |
| DARRELL ADAMS, WARDEN, ) | RECOMMENDATION OF |
| ) | MAGISTRATE JUDGE |
| Respondent. ) | |
| ) | |

The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report), and petitioner's objections. The Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a *de novo* determination of the portions to which objections were directed.

Dated: Oct 5, 2009

Florence-Marie Cooper
United States District Judge