JS-4

FILED
CLERK, U.S. DISTRICT COURT
OCT - 5 2009
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CENTRAL DIVISION

| | |
|---|---|
| LEE EDWARD PEYTON, | No. CV 05-6928-FMC(AJW) |
| Petitioner, | |
| v. | JUDGMENT |
| DERRELL ADAMS, Warden, | |
| Respondent. | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is denied.

Dated: Oct 5, 2009

Florence-Marie Cooper
United States District Judge